# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAHMOUD AHMAD MUSTAFA AL-KHASHASHNEH, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| ERIC H. HOLDER, JR, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | ) ) ) ) |
| Respondents. | ) ) |

No. 8:10-cv-00307-JFB -TDT

ORDER OF DISMISSAL

On April 8, 2011, this Court entered an Order to Show Cause to Petitioner, giving him fourteen days in which to demonstrate why his petition for a writ of habeas corpus should not be dismissed for failure to prosecute. Since Petitioner did not respond to this Court's order within the allotted time frame, his petition for a writ of habeas corpus is hereby dismissed for failure to prosecute. All other pending motions are hereby dismissed as moot.

DATED: April 27, 2011

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge